Client Ref.:

# AFFIDAVIT OF SERVICE

In the United States District Court for the Eastern District of Pennsylvania

Civil Action Number: 5:26-cv-06703-JLS
Filed On: 9/8/2026

STATE FARM FIRE AND CASUALTY COMPANY
Plaintiff(s),

vs.

TOLL BROTHERS, INC.
Defendant(s).

State of Pennsylvania: County of Montgomery ss: Brian Zavodnick, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Pennsylvania.

That on **9/11/2026** at **1:44 PM.**, at **1140 Virginia Drive, Fort Washington, PA 19034**
Deponent attempted to serve the within **SUMMONS IN A CIVIL ACTION; COMPLAINT**
On **TOLL BROTHERS, INC**

CORPORATION: a corporation by delivering thereat a true copy of each to **Honey Swadlow** personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be **Reception / Authorized to accept service** thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: **Female** Race/Skin: **White** Age: **51 - 65 Yrs.** Weight: **140-160lbs** Height: **Seated** Hair: **Blonde** Glasses: **No** Other:

COMMENTS: Honey accepted and signed for the documents without an issue. She confirmed to me that per company policy, she is authorized to accept service.

Commonwealth of Pennsylvania - Notary Seal
Stacy Dougherty, Notary Public
Montgomery County
My commission expires August 4, 2027
Commission number 1263946
Member, Pennsylvania Association of Notaries

Sworn to before me on 9/15/2026

NOTARY PUBLIC
Commission Expiration Aug 4, 2027

X
Brian Zavodnick
PPLS Ref# 26-19946

Process Plus Legal Service LLC
2800 Turnpike Drive, Suite 1, Hatboro, PA 19040